LKB:mf
AO 93 (Rev. 12/09) Search and Seizure Warrant

2015R00262

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

RECEIVED

NOV 23 2015

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

In the Matter of the Search of:
**THREE CELL PHONES SEIZED ON MAY 5, 2015, BY ST. PAUL POLICE AND CURRENTLY LOCATED AT THE DEA SUITE 800, 100 WASHINGTON AVENUE SOUTH, MINNEAPOLIS, MN.**

Case No. *15-mj-818 JJK*

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the State and District of Minnesota:

**THREE CELL PHONES SEIZED ON MAY 5, 2015, BY ST. PAUL POLICE AND CURRENTLY LOCATED AT THE DEA SUITE 800, 100 WASHINGTON AVENUE SOUTH, MINNEAPOLIS, MN.**

The person or property to be searched, described above, is believed to conceal:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     November 1, 2015
                                                                                         *(not to exceed 14 days)*

_ in the daytime 6:00 a.m. to 10 p.m.
X at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty.

Date and Time issued: *10/22/15 10:30 Am*         *Jeffrey J. Keyes*
                                                                             *Judge's Signature*

City and State: St. Paul, MN                              Jeffrey J. Keyes, U.S. Magistrate Judge
                                                                              *Printed Name and Title*

SCANNED
NOV 2 3 2015
U.S. DISTRICT COURT ST. PAUL

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| IJ-15-0054 | 10/27/2015 1400 hrs | Suspect's property |

Inventory made in the presence of:
Analyst J. Villarreal

Inventory of the property taken and name of any person(s) seized:

Electronic Data

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/17/15

*Executing officer's signature*

TFO Tim Bohn
*Printed name and title*

Subscribed, sworn to, and returned before this date.

11-17-15
*Date*

*U.S. Judge or Magistrate Judge*

# ATTACHMENT A

The property to be searched includes the following, hereinafter the "Devices:" (1) a Verizon Cell Phone, IMEI 990004936076052; (2) a blue Galaxy S6 Cell Phone, IMEI 357743060275546; and (3) a silver Iphone Cell Phone, IMEI 358751059517983. The Devices are currently located at DEA, 100 Washington Ave. South, Suite 800, Minneapolis, MN.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B. s

# ATTACHMENT B

1. All records on the Devices described in Attachment A that relate to violations of Title 18, United States Code 21, Section 841(a)(1) distribution of controlled substance since May 2015, including:

   a. Lists of customers and related identifying information;

   b. Types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

   c. Digital images, streaming video, and digital videos in whatever file format they may be found;

   d. Evidence of transmission of digital images, streaming video, and digital videos;

   e. Evidence relating to phone calls received, phone calls placed, phone numbers stored in the device's memory.

2. Evidence of user attribution showing who used or owned the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.